

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Kassie Stephenson, Appellant

No. 06-13-00180-CR          v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 40,573-B).  Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect an assessment of $977.50 for attorney's fees.  We further direct the trial court to ensure that appellant is reimbursed or otherwise credited for any attorney's fee payment already made over and above $977.50.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Kassie Stephenson, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 4, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk